## Ex Parte Mrs. Bob Depew.

No. 5455. Decided February 19, 1930.
(24 S. W., 2d Series, 813.)

*Dickens & Dickens,* for relator.

Mr. Judge RYAN delivered the opinion of the Commission of Appeals, Section B.

This is a companion case to that of Ex Parte Bob Depew, No. 1153–5454, presenting the identical question there decided. Under the authority of that case we recommend that relator be ordered discharged.

The relator is discharged, as recommended by the Commission of Appeals.

<div align="right">

*C. M. Cureton,* Chief Justice.